# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ADAM ST. PIERRE, | ) | Case No. 2:16-cv-02467-APG-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| PROLIFIC ACUISITIONS GROUP, LLC, | ) | |
| Defendant(s). | ) | |

Plaintiff filed a returned summons showing a service date of October 24, 2016. Docket No. 5. Defendant has not appeared in this action and Plaintiff has not filed a motion for default or otherwise advanced the case. Accordingly, no later than January 13, 2017, Plaintiff shall file a status report, a request for entry of default, or dismissal papers.

IT IS SO ORDERED.

DATED: December 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge