# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM ST. PIERRE, | Case No. 2:16-cv-02467-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| PROLIFIC ACUISITIONS GROUP, LLC, | |
| Defendant(s). | |

On January 3, 2017, Plaintiff obtained a default against Defendant. Docket No. 8. Since that time, Plaintiff has not filed a motion for default judgment or otherwise advanced the case. Accordingly, no later than July 6, 2017, Plaintiff shall file a status report, a motion for default judgment, or dismissal papers.

IT IS SO ORDERED.

DATED: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge