# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Adam St. Pierre

                Plaintiff,

V.

Prolific Acuisitions Group, LLC

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-02467-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Default Judgment is hereby entered in favor of the plaintiff and against the defendant totaling $5,097 as follows: $1,000 in statutory damages; $3,627 in reasonable attorney's fees; and $470 in costs.

August 7, 2017                                    /s/ Debra K. Kempi

Date                                                          Clerk

                                                               /s/ M. Morrison

                                                               (By) Deputy Clerk